| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Law offices Tyson Takeuchi<br>Scott Kosner, SBN 172379<br>1055 Wilshire Blvd, Suite 850 LOS ANGELES, CALIFORNIA 90017<br>(213)235-4750<br>Fax(888)977-6310<br><br>☐ *Individual appearing without an attorney*<br>☒ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br>Ruben Mejia and Lydia Margaret Mejia<br><br><br><br><br>Debtor(s). | CASE NO.: 6:16-bk-11164-MJ<br>CHAPTER: 13<br><br>**DEBTOR'S CERTIFICATE OF COMPLIANCE UNDER 11 U.S.C. § 1328(a) AND APPLICATION FOR ENTRY OF DISCHARGE**<br>*(In a joint bankruptcy case, each co-debtor must file a separate Certificate of Compliance and Application for Entry of Discharge)* |
|---|---|

The Debtor in the above-captioned bankruptcy case certifies:

1. ☒ I have completed all payments required by my confirmed plan, including all domestic support obligations, if any.

2. ☐ I have made all domestic support payments required by a judicial or administrative order, or by statute which have come due since the filing of this case. N/A

3. ☒ My address is: 37026 Gallery Ln Beaumont, CA 92223

4. ☒ My most recent employer's name and address are:
   Kimberly-Clark Corporation
   351 Phelps Dr Irving, TX 75038

5. ☐ The following creditors hold debts which have been determined to be nondischargeable under 11 U.S.C. §523(a)(2) or (a)(4):
   N/A

6. ☐ The following creditors hold debts which I have reaffirmed in writing:
   N/A

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                                    Page 1                                        F 3015-1.8.DISCHARGE.APPLICATION

7.  ☒ I have not executed a written waiver of discharge in this case.

8.  ☒ I have not received a discharge in a case filed under chapter 7, 11, or 12 during the 4-year period preceding the date of the order for relief under chapter 13 in the present case.

9.  ☒ I have not received a discharge in a case filed under chapter 13 during the 2-year period preceding the date of the order for relief under chapter 13 in the present case.

10. ☒ Since the filing of this case:

    ☒ I have completed an instructional course concerning personal finance management approved by the United States Trustee.

    ☐ I have been excused from compliance with the requirement to complete an instructional course concerning financial management approved by the United States Trustee.

11. ☒ I have not exempted more than $155,675 in any of the following:

    a.  real or personal property used as a residence by me or any of my dependents, OR
    b.  in a cooperative that owns property used as a residence by me or any of my dependents, OR
    c.  in a burial plot for me or any of my dependents, OR
    d.  in any real or personal property in which I or any of my dependents have claimed as a homestead

12. You must answer the following inquiries ONLY if you have exempted more than $155,675 in property described in question 11 above.

    a.  The Property is reasonably necessary for my support and the support of my dependents. N/A

    b.  ☐ I was not convicted of a felony before the filing of this case.   N/A
        ☐ I was convicted of a felony before the filing of this case.   N/A
        ☐ I have been convicted of a felony during the pendency of this case. N/A
        ☐ I am not aware of any pending proceeding in which I may be found guilty of a felony. N/A

        Describe the circumstances (attach additional sheet if necessary)

        N/A

    c.  I owe a debt arising from one or more of the following:

        ☐ a violation of federal or state securities laws or regulations or orders issued under federal or state securities laws;   N/A
        ☐ fraud, deceit or manipulation in connection with the sale or purchase of any registered security;   N/A
        ☐ a criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding 5 years.  N/A
        ☒ none of the above.

    d.  I am not aware of any pending proceeding in which I may be found liable for a debt of the kind described in statement number 12(c) above.  N/A

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/05/2020 | Ruben Mejia | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016 — Page 2 — F 3015-1.8.DISCHARGE.APPLICATION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1055 Wilshire Blvd Suite 850 Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled: **DEBTOR'S CERTIFICATE OF COMPLIANCE UNDER 11 U.S.C. § 1328(a) AND APPLICATION FOR ENTRY OF DISCHARGE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/05/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod (WJ) Danielson (TR) notice-efile@rodan13.com
Scott Kosner on behalf of Debtor Ruben Mejia tyson@tysonfirm.com
United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 08/05/2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/05/2020 | Armen Galstian | /s/ signature |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016* — Page 3 — F 3015-1.8.DISCHARGE.APPLICATION

```
Label Matrix for local noticing         13 7 il 0                              OneMain Financial
0973-6                                   PO BOX 1931                            P.O.Box 3251
Case 6:16-bk-11164-SY                    Burlingame, CA 94011-1931              Evansville, In 47731-3251
Central District of California
Riverside
Wed Aug  5 14:30:08 PDT 2020

Wells Fargo Bank, N.A.                   Wells Fargo Bank, N.A./Wells Fargo Home Mort   eCAST Settlement Corporation
c/o McCarthy & Holthus, LLP              MAC N9286-01Y                          PO Box 29262
1770 Fourth Avenue                       1000 Blue Gentian Road                 New York, NY 10087-9262
San Diego, CA 92101-2607                 Eagan, MN 55121-7700


Riverside Division                       Best Buy/Cbna                          Capital One
3420 Twelfth Street,                     PO Box 6497                            Po Box 30285
Riverside, CA 92501-3819                 Sioux Falls, SD 57117-6497             Salt Lake City, UT 84130-0285


Capital One Bank (USA), N.A.             Capital One Bank Usa Na                Capital One NA
PO Box 71083                             Po Box 30281                           c/o Becket and Lee LLP
Charlotte, NC  28272-1083                Salt Lake City, UT 84130-0281          PO Box 3001
                                                                                Malvern PA 19355-0701


Cashcall Inc                             Cavalry SPV I, LLC                     Citicards Cbna
1 city blvd W                            500 Summit Lake Drive, Ste 400         701 E 60th St N
Orange, CA 92868-3621                    Valhalla, NY 10595-2321                Sioux Falls, SD 57104-0432


Diamond Resorts                          Emblem Card/Monterey County Bank       Exxon/Mobil/CBNA
10600 West Charleston Blvd               Po Box 105555                          PO Box 6497
Las Vegas, NV 89135-1260                 Atlanta, GA 30348-5555                 Sioux Falls, SD 57117-6497


(c)FIRST AMERICAN                        Ford Motor Credit                      (p)FORD MOTOR CREDIT COMPANY
FILE # CA1500271921                      PO Box 542000                          P O BOX 62180
1500 SOLANA BLVD STE 6100                Omaha, NE 68154-8000                   COLORADO SPRINGS CO 80962-2180
WESTLAKE TX  76262-1709


Goodyear Tire/Cbna                       Great Plains Lending Llc               (p)JEFFERSON CAPITAL SYSTEMS LLC
Po Box 6497                              7490 Hwy 177                           PO BOX 7999
Sioux Falls, SD 57117-6497               Red Rock, OK 74651                     SAINT CLOUD MN 56302-7999


Kohls/Capone                             LVNV Funding, LLC its successors and assigns   LVNV Funding, LLC its successors and assigns
PO Box 3115                              assignee of LendingClub Corporation &  PO Box 10587
Milwaukee, WI 53201-3115                 LC Trust I                             Greenville, SC  29603-0587
                                         Resurgent Capital Services
                                         PO Box 10587
                                         Greenville, SC 29603-0587


Lacanasta Furniture                      MIDLAND FUNDING LLC                    Midland Credit Management Inc
280 Teller St Ste 160                    PO BOX 2011                            as agent for Midland Funding LLC
Corona, CA 92879-1888                    WARREN, MI 48090-2011                  PO Box 2011
                                                                                Warren MI 48090-2011
```

| | | |
|---|---|---|
| NORTHROP GRUMMAN FEDERAL CREDIT UNION<br>P O BOX 47009<br>GARDENA CA 90247-6809 | No Financial<br>175 W Jackson Ste 1000<br>Chicago, IL 60604-2863 | Net Credit<br>200 W Jackson Blvd Ste 2400<br>Chicago, IL 60606-6941 |
| Northrop Grumman<br>879 W 190th St<br>Gardena, CA 90248-4205 | Onemain Financial<br>6801 Colwell Blvd<br>Irving, TX 75039-3198 | PYOD, LLC its successors and assigns as assi<br>of Plains Commerce Bank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 |
| Palisades Collections, LLC<br>VATIV RECOVERY SOLUTIONS LLC, dba SMC<br>As agent for Palisades Collections, LLC<br>P.O. Box 40728<br>Houston, TX 77240-0728 | (p)PLAZA SERVICES  LLC<br>ATTN MANNY WILLIAMS<br>110 HAMMOND DRIVE<br>SUITE 110<br>ATLANTA GA 30328-4806 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Syncb/Chevron<br>Po Box 965015<br>Orlando, FL 32896-5015 | Syncb/Pauls Tv And Appl<br>Po Box 965036<br>Orlando, FL 32896-5036 | Syncb/Phillips 66<br>Po Box 965004<br>Orlando, FL 32896-5004 |
| Syncb/Wal-Mart<br>Po Box 965024<br>Orlando, FL 32896-5024 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Synchrony Bank Walmart<br>Box 965024<br>Orlando, FL 32896-5024 |
| Synchrony Bank/Jcpenney<br>Po Box 965007<br>Orlando, FL 32896-5007 | Thd/Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | The Home Depot/CBNA<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 |
| USAA Savings Bank<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | United States Trustee (RS)<br>3801 University Avenue, Suite 720<br>Riverside, CA 92501-3255 | WAHR Financial Group LLC<br>Law Offices of Kenosian & Miele<br>8581 Santa Monica Blvd #17<br>Los Angeles CA 90069-4120 |
| Wells Fargo Bank, N.A.<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715-7200 | Wells Fargo Home Mortgage<br>Po Box 10335<br>Des Moines, IA 50306-0335 | chek ngo<br>6350 West Ramsey Street Unit N<br>Banning, CA 92220-3066 |
| lending club corp<br>71 stevenson st ste 300<br>San Francisco, CA 94105-2985 | northrup fcu<br>po box 5011<br>Hawthorne, CA 90251-5011 | syncb/toysrus<br>po box 965005<br>Orlando, FL 32896-5005 |
| usaa savings bank<br>10750 Mcdermott Fwy<br>San Antonio, TX 78288-1600 | Lydia Margaret Mejia<br>37026 Gallery Ln<br>Beaumont, CA 92223-8095 | Rod Danielson (TR)<br>3787 University Avenue<br>Riverside, CA 92501-3332 |

```
Ruben Mejia                            Scott Kosner
37026 Gallery Ln                       Law Office of Tyson Takeuchi
Beaumont, CA 92223-8095                1055 Wilshire Blvd
                                       Suite 850
                                       Los Angeles, CA 90017-2467
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Ford Motor Credit Company, LLC         Jefferson Capital Systems LLC          Plaza Services
P.O. Box 62180                         Po Box 7999                            110 Hammond Drive, Suite 110
Colorado Springs, CO  80962            Saint Cloud Mn 56302-9617              Atlanta, GA  30328


Portfolio Recovery Associates, LLC     (d)Portfolio Recovery Associates, LLC  (d)Portfolio Recovery Associates, LLC
 c/o Best Buy                           c/o Goodyear                          c/o Exxonmobil Consumer
POB 41067                              POB 41067                              POB 41067
Norfolk VA 23541                       Norfolk VA 23541                       Norfolk VA 23541


(d)Portfolio Recovery Associates, LLC  (d)Portfolio Recovery Associates, LLC  (d)Portfolio Recovery Associates, LLC
c/o The Home Depot                     c/o The Home Depot Consumer            c/o Wal-Mart
POB 41067                              POB 41067                              POB 41067
Norfolk VA 23541                       Norfolk VA 23541                       Norfolk VA 23541
```

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

```
First American
file # CA1500271921
6 Campus circle, bldg 6, 1st floor
Roanoke, TX 76262
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Courtesy NEF                        (u)Ford Motor Credit Company LLC       (u)RCO Legal, PS


(d)13.7, LLC                           (d)eCAST Settlement Corporation        End of Label Matrix
PO BOX 1931                            PO Box 29262                           Mailable recipients   61
Burlingame, CA 94011-1931              New York NY 10087-9262                 Bypassed recipients    5
                                                                              Total                 66
```